# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

KEVIN L. SHEHEE,     : Case No. 3:21-cv-274
            :
   Plaintiff,     :
            : District Judge Walter H. Rice
vs.          : Magistrate Judge Sharon L. Ovington
            :
KINGS FURNITURE, *et al.*,   :
            :
   Defendants.    :

---

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

---

You are hereby notified that Defendant Synchrony Bank filed a Motion to Dismiss on October 28, 2021.  (Doc. No. 11).  You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **November 22, 2021**.  If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your case dismissed.

October 29, 2021        *s/Sharon L. Ovington*
               Sharon L. Ovington
               United States Magistrate Judge