UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN L. SHEHEE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:21-cv-00274-WHR-SLO |
| | ) | |
| v. | ) | JUDGE RICE |
| | ) | |
| KINGS FURNITURE, et al., | ) | MAGISTRATE JUDGE OVINGTON |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.4(b), attorneys David A. Wallace and Tyler K. Ibom of Carpenter Lipps & Leland LLP respectfully move the Court for leave to withdraw as counsel for Defendant Synchrony Bank ("Synchrony").  Michael T. Columbus will remain counsel for Synchrony.  Written notice has been given to all counsel and unrepresented parties, and the client.

Respectfully submitted,

*/s/ David A. Wallace*
David A. Wallace (0031356)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
(614) 365-4100 (Telephone)
(614) 365-9145 (Facsimile)
wallace@carpenterlipps.com
ibom@carpenterlipps.com
*Counsel for Defendant*
*Synchrony Bank*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on March 31, 2022, the foregoing was filed electronically, using the ECF system, which will send notification of such filing to all parties of record. I further certify that I served the foregoing via U.S. First Class Mail:

Kevin L. Shehee
P. O. Box 26361
Dayton, OH 45426

Michael T. Columbus
130 West Second Street, Suite 2103
Dayton, OH 45402

>                     */s/ David A. Wallace*
>                     David A. Wallace (0031356)