# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KEVIN L. SHEHEE,

      Plaintiff,                           :        Case No. 3:21-cv-274
                                                            Montgomery County Common Pleas
-vs-                                               Case No. 2021-cv-03582

KINGS FURNITURE, et al.,            District Judge Walter H. Rice
                                                        Magistrate Judge Michael R. Merz

      Defendants.

## RECOMMITTAL ORDER

This case is before the Court on Plaintiff's Objections (ECF Nos. 31, 32) to the Magistrate Judge's Report and Recommendations (ECF No. 23, 29) and Plaintiff's Objections (ECF No. 30) to the Magistrate Judge's Decision and Order Denying Disqualification of Defense Counsel (ECF No. 26).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections (ECF Nos. 31, 32) and making supplemental recommendations based on that analysis and to also file a supplemental decision analyzing the Objections (ECF No. 26) and making a finding based on that analysis.

April 25, 2022.

                                                                       Walter H. Rice
                                                              United States District Judge